UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY ROY CROSBY,** | Case No. ED CV 15-01263 VBF (FFM) |
| **Petitioner,** | |
| v. | **FINAL JUDGMENT** |
| RICHARD IVES, Warden, | |
| Respondent. | |

Pursuant to the Court;'s contemporaneously issued Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: Friday, June 17, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge