UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY ROY CROSBY,** | Case No. ED CV 15-01263 VBF (FFM) |
| **Petitioner,** | **FINAL JUDGMENT** |
| v. | |
| RICHARD IVES, Warden, | |
| Respondent. | |

As directed by the United States Court of Appeals for the Ninth Circuit in its August 14, 2017 opinion (Document 28) vacating this Court's June 17, 2016 Judgment of dismissal without prejudice (Document 22), this Court has today issued an Order dismissing the action instead *with* prejudice. Accordingly, **final judgment is hereby entered in favor of the respondent and against petitioner Jeffrey Roy Crosby.**

Dated: September 14, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge